UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHAUN GARVEY,

    Plaintiff,

v.

YMCA of GREATER SYRACUSE,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 5:16-CV-1090
DNH/TW

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorney of record for the YMCA of Greater Syracuse, Inc. and the Pro Se Plaintiff, Shaun Garvey, parties to the above-captioned action, that neither party is an infant or an incompetent and that no person not a party has an interest in the subject matter of the action, that the above-captioned action be and the same is hereby dismissed and all claims herein are dismissed with prejudice and without costs, attorneys' fees, expenses or disbursements to any party as against another party.

By: _____
Christa R. Cook, Esq.
Bond, Schoeneck & King, PLLC
Attorneys for Defendant
One Lincoln Center
Syracuse, New York 13202

By: _____
Shaun P. Garvey
Pro Se Plaintiff
P.O. Box 12
Liverpool, NY 13090

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: May 5, 2017
       Utica, NY